# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————————

No. 18-60606

————————————

STATE OF TEXAS; GREG ABBOTT, Governor of Texas; TEXAS
COMMISSION ON ENVIRONMENTAL QUALITY; SIERRA CLUB,

     Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW
WHEELER, Acting Administrator of the United States Environmental
Protection Agency,

     Respondents

SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND,

     Intervenors

————————————

Petitions for Review of an Order of the
Environmental Protection Agency

————————————

Before JONES, ELROD, and ENGELHARDT, Circuit Judges.

PER CURIAM:

     IT IS ORDERED that the petitioners' opposed motion to confirm the
venue for petitions for review of the challenged action lies in the United States

Court of Appeals, 5th Circuit, allowing merits briefing in this case to proceed is GRANTED.

IT IS FURTHER ORDERED that the Sierra Club and Environmental Defense Fund's motion to hold case in abeyance up to 90 days to provide EPA with time to rule on Sierra Club's reconsideration petition, with EPA to file status reports every 30 days until final resolution is DENIED.

IT IS FURTHER ORDERED that the unopposed motion for leave to intervene filed by Texas Petitioners in support of respondents and to establish briefing format is GRANTED.